| | | |
|---|---|---|
| NATIONAL SATELLITE SPORTS, INC. | * | IN THE |
| Plaintiff | * | UNITED STATES |
| V. | * | DISTRICT COURT |
| TRIP ASSOCIATES, INC. AND | * | FOR |
| ANTHONY D. TRIPLIN | * | THE DISTRICT OF MARYLAND |
| Defendants | * | H01CV0118 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STIPULATION TO VACATE - MOTION FOR DEFAULT JUDGMENT

National Satellite Sports, Inc., Plaintiff, by its undersigned counsel, and Trip Associates, Inc. and Anthony D. Triplin, Defendants, by their undersigned counsel, do hereby jointly stipulate to the withdrawal of the Request for Entry of Default filed by the Plaintiff that is currently pending in these proceedings.  A responsive pleading has been filed by the Defendants that renders moot the request for entry of default.

ARON U. RASKAS
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
410-752-6030

JOHN A. AUSTIN
29 West Susquehanna Avenue #200
Towson, MD 21204
410-821-8632

Attorney for Defendants

APPROVED this 11th day of July, 2001.

United States District Judge

1